UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| INTELICLEAR, LLC,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ETC GLOBAL HOLDINGS, INC.,<br><br>　　　　　Defendant. | Case No. 2:18-cv-10342-RGK-SK<br><br>**[PROPOSED] JUDGMENT REGARDING DEFENDANT ETC GLOBAL HOLDINGS, INC.'S MOTION FOR SUMMARY JUDGMENT** |

# [PROPOSED] JUDGMENT

Defendant ETC Global Holdings, Inc.'s ("ETC") Motion for Summary Judgment ("Motion") as to Plaintiff Inteliclear, LLC's ("Plaintiff") Complaint came before the Court for hearing on June 24, 2019. ETC's Motion sought summary judgment pursuant to Federal Rule of Civil Procedure 56 of all of Plaintiff's claims for trade secret misappropriation ~~because no genuine dispute of any material fact exists and Plaintiff's claims fail as a matter of law~~.

The Court, having considered the parties' moving, opposing, supplemental papers, and the evidentiary record as a whole (including the reasons set forth in the Statement of Uncontroverted Facts), granted the Motion for the reasons set forth in its Order.

**NOW, THEREFORE, IT IS ADJUDGED, ORDERED AND DECREED THAT JUDGMENT IS HEREBY ENTERED** against Plaintiff and in favor of ETC. Plaintiff's action against ETC is dismissed in its entirety. ETC shall recover reasonable costs.

IT IS SO ORDERED.

Date: July 01, 2019          By: _____*Gary Klausner*_____
                              Hon. R. Gary Klausner
                              U.S. District Court Judge