UPDIKE, KELLY & SPELLACY, P.C.
RICHARD S. ORDER Pro hac vice
rorder@uks.com
ADAM B. MARKS Pro hac vice
amarks@uks.com
Pearl Street, P.O. Box 231277
Hartford, CT 06123-1277
Telephone: 860.548.2600
Facsimile: 860.548.2680

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
KENNETH A. O'BRIEN, JR., Cal. Bar No. 160171
kobrien@sheppardmullin.com
MATTHEW T. LIN, Cal. Bar No. 328852
mlin@sheppardmullin.com
South Hope Street, 43rd Floor
Los Angeles, CA 90071-1422
Telephone: 213.620.1780
Facsimile: 213.620.1398

Attorneys for Plaintiff, INTELICLEAR, LLC

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| INTELICLEAR, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ELECTRONIC TRANSACTION CLEARING, INC. d/b/a APEX PRO, ETC PROCESSING TECHNOLOGIES LLC, and ETC GLOBAL HOLDINGS, INC.,<br><br>    Defendants. | Case No. 2:18-cv-10342-RGK-SK<br><br>[~~PROPOSED~~] **JUDGMENT PURSUANT TO ACCEPTANCE OF OFFER OF JUDGMENT**<br><br>Trial Date: January 4, 2022<br><br>Time: 9:00 a.m.<br><br>Judge: Hon. R. Gary Klausner<br><br>Ctrm: 850 |

3300858

Case No. 2:18-cv-10342-RGK-SK
[PROPOSED] JUDGMENT PURSUANT TO ACCEPTANCE OF OFFER OF JUDGMENT

This matter is before the Court on the filing by plaintiff InteliClear, LLC ("InteliClear"), pursuant to Fed. R. Civ. P. 68(a), of (a) defendants Electronic Transaction Clearing, Inc. d/b/a Apex Pro, ETC Processing Technologies LLC, and ETC Global Holdings, Inc.'s ("defendants") Offer of Judgment served on InteliClear's counsel on June 16, 2021 and (b) InteliClear's Notice of Acceptance of Offer of Judgment served on counsel for defendants on June 30, 2021. It appearing that the Offer of Judgment was made more than 14 days before the date of trial, which is scheduled for January 4, 2022,

NOW, THEREFORE, IT IS ADJUDGED, ORDERED, AND DECREED THAT JUDGMENT IS HEREBY ENTERED, pursuant to Fed. R. Civ. P. 68(a), against defendants, jointly and severally, in favor of InteliClear as to all relief sought and all claims asserted by InteliClear in its First Amended Complaint in this action in the amount of $725,001.00 (Seven Hundred Twenty-Five Thousand and One Dollars), which includes any and all damages, costs, interest, and attorney's fees that may be recoverable in this action.

Dated: July 1, 2021

*/s/ Gary Klausner*

R. GARY KLAUSNER
UNITED STATES DISTRICT
JUDGE